LEO LOCK, ET AL. v. BLACK & DECKER (U.S.), INC., ET AL.

June 13, 1989.

Petition for certification denied.

BARBARA FIGURED, ET AL. v. PARALEGAL TECHNICAL SER-
VICES, INC., ET AL.

June 13, 1989.

Petition for certification granted.   (See 231 *N.J.Super.* 251)

Lloyd B. KREUZER v. Terese L. KREUZER.

June 13, 1989.

Petition for certification denied.   (See 230 *N.J.Super.* 182)

T & E INDUSTRIES, INC. v. SAFETY LIGHT CORPORATION, ET
AL.

June 13, 1989.

Petition for certification granted.   (See 227 *N.J.Super.* 228)